UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| KIMBERLY TOVAR, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 09-cv-03027-MCE-DAD |
| v. | ) | **ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| GLOBAL CREDIT & COLLECTION, INC, | ) | |
| Defendant. | ) | |

The Court has reviewed the Stipulation of Plaintiff KIMBERLY TOVAR and Defendant GLOBAL CREDIT & COLLECTION, INC. ("Defendant") to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

1

06105.00/162301        [PROPOSED] ORDER RE: STIPULATION RE DISMISSAL, ETC.

1    1.    That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).  Each party shall bear their own costs and expenses.  The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

**Dated:  March 12, 2010**

**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**

2

06105.00/162301            [PROPOSED] ORDER RE: STIPULATION RE DISMISSAL, ETC.